IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GOVERNMENT OF PUERTO RICO,

　Plaintiff,

　　　v.

ELI LILLY AND CO., *et al.*,

　Defendants.

CIVIL NO. 23-1127(JAG)

## JUDGMENT

Pursuant to this Court's Memorandum and Order, Docket No. 102, Judgment is hereby entered REMANDING this case to the Court of First Instance of the Commonwealth of Puerto Rico, San Juan Part, for further proceedings. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, July 13, 2023.

　　　　　　　　　　　　　　　　　　　s/ Jay A. Garcia-Gregory
　　　　　　　　　　　　　　　　　　　JAY A. GARCIA-GREGORY
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE